UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN PAUL SZYMKOWICZ, <br><br> Plaintiff, <br> v. <br><br> MICHAEL STUART FRISCH, *et al.*, <br><br> Defendants. | CASE NO. 1:19-cv-03329 (BAH) |

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

On December 17, 2019, the Court ordered Plaintiff to show cause why this action should not be dismissed against defendant Law Professor Blogs, LLC ("LPB") for failure to prosecute pursuant to Local Civil Rule 83.23.  We apologize for the delay.  The parties have been engaged in settlement discussions and expect to resolve the matter soon.  We understand that the Defendant will today be filing a request for extension of time until January 3, 2020 to respond to the complaint.

Respectfully submitted,

By: */s/ John B. Williams*
John B. Williams (DC Bar #257667)
Fara N. Kitton (DC Bar #1007793)
WILLIAMS LOPATTO PLLC
1200 New Hampshire Ave., NW, Ste. 750
Washington, DC  20036
Tel.: (202) 296-1611
jbwilliams@williamslopatto.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019, a true and correct copy of Plaintiff's Response to the Court's Order to Show Cause was filed electronically with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system, which sent notification of such filing to defendant Michael Frisch's counsel of record:

>Matthew J. Rizzolo (D.C. 991577)
>Jonathan R. Ference-Burke (D.C. 1001179)
>ROPES & GRAY LLP
>2099 Pennsylvania Avenue, NW
>Washington, DC 20006

Defendant Law Professor Blogs, LLC will be served upon counsel via first class mail at the following address:

>Brent H. Blakely, Esq.
>Blakely Law Group
>1334 Parkview Ave., Suite 280
>Manhattan Beach, California 90266

>*/s/ John B. Williams*
>John B. Williams