UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN PAUL SZYMKOWICZ,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL STUART FRISCH, *et al.*,<br><br>    Defendants. | CASE NO. 1:19-cv-03329 (BAH) |

**AMENDED NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff John Paul Szymkowicz, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Law Professor Blogs, LLC.

Dated:  Washington, DC
          January 16, 2020

                                        Respectfully submitted,


                                        By:  */s/ John B. Williams*
                                             John B. Williams (DC Bar #257667)
                                             Fara N. Kitton (DC Bar #1007793)
                                             WILLIAMS LOPATTO PLLC
                                             1200 New Hampshire Ave., NW, Ste. 750
                                             Washington, DC  20036
                                             Tel.: (202) 296-1611
                                             jbwilliams@williamslopatto.com

                                             *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2020, a true and correct copy of Plaintiff's Amended Notice of Dismissal was filed electronically with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system, which sent notification of such filing to defendant Michael Frisch's counsel of record:

> Matthew J. Rizzolo (D.C. 991577)
> Jonathan R. Ference-Burke (D.C. 1001179)
> ROPES & GRAY LLP
> 2099 Pennsylvania Avenue, NW
> Washington, DC 20006

Defendant Law Professor Blogs, LLC will be served upon counsel via first class mail at the following address:

> Brent H. Blakely, Esq.
> Blakely Law Group
> 1334 Parkview Ave., Suite 280
> Manhattan Beach, California 90266

> */s/ John B. Williams*
>     John B. Williams