UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN PAUL SZYMKOWICZ,<br><br>               Plaintiff,<br>     v.<br><br>MICHAEL STUART FRISCH, *et al.*,<br><br>               Defendants. | CASE NO. 1:19-cv-03329 (BAH) |

**PLAINTIFF'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME**

     Pursuant to Federal Rules of Civil Procedure 6(b), District of Columbia District Court Local Rule 7, and paragraph 6 of this Court's Standing Order for Civil Cases, Plaintiff respectfully moves for an extension of time to respond to Defendant Michael Frisch's two (2) motions to dismiss filed on January 9, 2020. Counsel for Defendant Frisch has consented to the extension of time requested by this Motion. In support of this Motion, Plaintiff states as follows:

     1.  On January 9, 2020, Defendant Frisch filed a Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). *See* Dkt. 13.

     2.  On January 9, 2020, Defendant Frisch also filed a Special Motion to Dismiss Pursuant to the District of Columbia Anti-SLAPP Act. *See* Dkt. 14.

     3.  Plaintiff's opposition to these motions are due January 23, 2020.

     4.  Plaintiff has not previously requested an extension of any deadline in this matter, and the extension will not delay resolution of this matter or any scheduled hearings.

     5.  We understand that this Court's standing order requires the filing of an extension request four days in advance of the due date and apologize for filing this request at this time. We submit that good cause exists for the extension given the lengthy nature of defendant's two pending motions and the fact that plaintiff's counsel has been preparing for a four-week trial

commencing February 3, 2020. Further, the plaintiff is attending to family medical issues involving his father and has not been readily available to review the motion papers.

**WHEREFORE**, for the reasons set forth above, Plaintiff respectfully requests a fourteen (14) day extension of the deadline to respond to the motions until February 6, 2020.

### LCvR7(m) Certification

Counsel for Defendant Frisch consents to the relief sought herein.

Dated: Washington, DC
January 21, 2020

Respectfully submitted,

By: */s/ John B. Williams*
John B. Williams (DC Bar #257667)
Fara N. Kitton (DC Bar #1007793)
WILLIAMS LOPATTO PLLC
1200 New Hampshire Ave., NW, Ste. 750
Washington, DC  20036
Tel.: (202) 296-1611
jbwilliams@williamslopatto.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2020, a true and correct copy of Plaintiff's Motion for Extension of Time was filed electronically with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system, which sent notification of such filing to defendant Michael Frisch's counsel of record:

>Matthew J. Rizzolo (D.C. 991577)
>Jonathan R. Ference-Burke (D.C. 1001179)
>ROPES & GRAY LLP
>2099 Pennsylvania Avenue, NW
>Washington, DC 20006

                                              */s/ John B. Williams*
                                                John B. Williams